IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARMAYNE BRADBERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Civil Case Number: 1:22-cv-04754-MLB-LTW |

**PLAINTIFF'S UNOPPOSED MOTION TO REOPEN CASE AND ALLOW PLAINTIFF SIXTY DAYS TO FILE MOTION FOR PRELIMINARY APPROVAL**

Plaintiff Charmayne Bradberry, by her undersigned counsel, hereby submits this Motion, and states:

1. On June 26, 2025, Plaintiff filed a letter notifying the Court that Plaintiff and Defendant Equifax Information Services LLC ("Equifax") reached a settlement in principle on a class wide basis; and requesting that the Court grant the parties sixty (60) days to complete the necessary paperwork and for Plaintiff to file a Motion for Preliminary Approval. (Docket 51).

2. On June 27, 2025, the Court issued an Order directing the Clerk to administratively close the case. (Docket 52).

3. Plaintiff respectfully requests that the case be re-opened for purposes of allowing the parties the opportunity to finalize the class-wide settlement agreement and Plaintiff to file a Motion for Preliminary Approval.

4. Plaintiff further respectfully requests that she be given until August 26, 2025 to file her Motion for Preliminary Approval of the class settlement, as well as for approval of the Class Notice and Class Notice Plan.

5. Counsel for Plaintiff conferred with Equifax's counsel on June 27, 2025, and they confirmed that Equifax does not oppose the relief requested herein.

Dated: June 30, 2025

/s/ Ari Marcus
Ari Marcus, Esq.
Email: ari@marcuszelman.com
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732) 695-3282
Fax: (732)298-6256
Pro Hac Vice
Attorney for the Plaintiff